IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02611-PAB-MEH

DELORES MARTIN,

      Plaintiff,

v.

AUSTIN KRAAL,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 9, 2012.**

      Plaintiff's Motion to Amend Complaint [filed April 4, 2012; docket #11] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a) "a party may amend its pleading once as a matter of course...within 21 days after serving it[.]" In this case, Plaintiff has not yet effected service on Defendant. Thus, Plaintiff may file an amended pleading once without the Court's permission. Plaintiff's Amended Complaint [docket #10] is accepted as filed.

      In addition, the Court will hold a Status Conference in this case on **April 12, 2012**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall come prepared to discuss, among other issues, the Court's March 28, 2012 Order to Show Cause and Fed. R. Civ. P. 25.