IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 11-cv-02611-PAB-MEH

DELORES MARTIN,

    Plaintiff,

v.

THE ESTATE OF AUSTIN KRAAL,

    Defendant.

_____

### ORDER OF DISMISSAL WITH PREJUDICE
_____

This matter comes before the Court on the Stipulation [sic] Motion to Dismiss Defendant With Prejudice [Docket No. 46]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Motion to Dismiss Defendant With Prejudice [Docket No. 46] is GRANTED. It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs. It is further

**ORDERED** that the trial preparation conference scheduled for June 10, 2013 at 3:30 p.m. and the jury trial scheduled for June 25, 2013 are vacated.

DATED June 10, 2013.

                                BY THE COURT:

                                s/Philip A. Brimmer
                                PHILIP A. BRIMMER
                                United States District Judge